PFP Practice Reorganization

Innovative Strategies Business Plan – DRAFT (May 18, 2001)

<u>History</u>

Before looking forward to the proposed operating structure and business plan for fiscal year 2002, it might be helpful to look back at the relatively brief history of the Capital Transaction Services (CaTS) practice, which was later renamed the Innovative Strategies (IS) practice. In 1997 Gregg Ritchie formed CaTS around the Foreign Leveraged Investment Program (FLIP) capital loss strategy. The initial revenue goal was $4 million and the practice delivered $11 million in fiscal '98.

After calendar 1997, DPP retired the FLIP strategy leaving Ritchie (before his 1998 retirement from the Firm), Randy Bickham and Jeff Eischeid to devise a replacement capital loss strategy, the Offshore Portfolio Investment Strategy (OPIS). The fiscal '99 IS revenue goal was $18 million and the practice delivered $28 million. The practice's success was largely attributable to OPIS revenue generated in calendar '98.

After calendar 1998, DPP retired the OPIS strategy leaving Bickham, Eischeid and Mark Watson (WNT) to devise a replacement strategy, the Bond Linked Issue Premium Structure (BLIPS). The fiscal '00 IS revenue goal was $38 million and the practice delivered $52 million (without accruals). Again, the success was largely attributable to a single strategy, BLIPS. It is noteworthy that the strategy was very flexible in that it generated either capital or ordinary losses (or both).

After calendar 1999, DPP retired the BLIPS strategy leaving Eischeid to devise a replacement strategy. At that time, we decided to approach the market in two segments. First, we attempted to market a boutique arranger's strategy on a "program" basis without a KPMG MLTN opinion. In this regard we selected the Short Option Strategy (SOS) offered by both Presidio and Helios. Second, we attempted to develop and market a "customized solution" approach to the upper end of the market where deal sizes typically exceed $100 million and KPMG fees typically exceed $1 million.

The fiscal '01 IS revenue goal was $38 million and the practice has delivered $16 million through period 10. The shortfall from plan is primarily attributable to the August 2000 issuance of Notice 2000-44. This Notice specifically described both the retired BLIPS strategy and the then current SOS strategy. Accordingly, we made the business decisions to stop the implementation of "sold" SOS transactions and to stay out of the "loss generator" business for an appropriate period of time. In addition, it is noteworthy that the softening in the overall economy (e.g. the decline in new IPO's, the devaluation of technology stock valuations, etc.) adversely effected our ability to broadly sell our Monetization Tax Advisory Services suite of solutions.

Proprietary Material
Confidentiality Requested

Permanent Subcommittee on Investigations
EXHIBIT #38

KPMG 0050620

### Definition & Focus

The Innovative Strategies practice has grown to loosely encompass any "value-added" strategy or idea offered to individual clients by the PFP practice. These strategies vary widely from income tax strategies to estate and gift tax strategies and philanthropic strategies. Going forward, the practice will narrow its focus to those strategies meeting the Tax Innovation Center definition of "solution" and to those strategies for which a national deployment group is appropriate.

Current solution offerings meeting this definition include Monetization Tax Advisory Services and Leveraged Private Split Dollar. The Innovative Strategies lab has several other strategies under development and/or review that would significantly expand the practice's revenue generation potential.

The first of these is a gain mitigation solution, POPS. Judging from the Firm's historic success in generating revenue from this type of solution, a significant market opportunity obviously exists. We have completed the solution's technical review and have almost finalized the rationale for not registering POPS as a tax shelter. The last significant hurdle in aggressively taking the solution to market impediment will likely be obtaining a commitment from tax leadership to re-enter the individual "loss generator" business.

A second near-term opportunity is for a conversion transaction – a strategy that halves the taxpayer's effective tax rate by effectively converting ordinary income to long term capital gain. We have nearly completed technical review of such a solution sponsored by European American Investment Group. The most significant open issue is tax shelter registration and the impact registration will have on the solution.

Finally, there is a significant opportunity with respect to tax advantaged investment products. For example, the Bigelow/Presidio municipal bond offering promises the opportunity to double the tax exempt yield on municipal bond investments with a small increase in interest rate risk. Another example we are actively pursuing is the opportunity in the domestic and foreign private placement life insurance markets to create significant income tax deferrals on portfolio income. The primary impediment remaining in taking these solutions to market are the SEC broker dealer issues.

### Market Approach

The Innovative Strategies practice has done a good job generally up-scaling its solutions and client base. Accordingly, it has largely modified its market approach from a "program trade" approach to a "customized solution" approach. The Innovative Strategies team positions itself as a client advocate/advisor in helping the client understand the market place opportunities and devise a portfolio of tax advantaged solutions that meet the client's various personal financial objectives.

Proprietary Material
Confidentiality Requested

KPMG 0050621

These solutions are both KPMG developed solutions where KPMG is willing to write at least a more likely than not opinion and third party solutions where KPMG has determined that it is willing to sign client's tax returns and where another tax advisor (usually a nationally recognized law firm) is willing to write the tax opinion for the client.

Market Dynamics

As previously mentioned, the softening in the US economy has slowed wealth creation. There are fewer monetization/gain recognition opportunities, particularly as investors await a rebound in share values. In addition, there has been a significant increase in the regulation of "tax shelters". Not only is this regulatory activity dampening market appetite, it is changing the structural nature of the underlying strategies. Specifically, taxpayers are having to put more money at risk for a longer period of time in order to improve the business purpose economic substance arguments. All things considered, it is more difficult today to close tax advantaged transactions. Nevertheless, we believe that the Innovative Strategies practice is a sustainable business opportunity with significant growth opportunity.

Business Plan - Specific Metrics

The Innovative Strategies practice should be expected to generate $27 million of revenue in fiscal '02. This revenue would be derived from both our existing solutions as well as those solutions identified above that we reasonably expect to receive approval to market in the near term. Specifically:

- Monetization Tax Advisory Services    $5 million
- Leveraged Private Split Dollar         $5 million
- POPS (assuming approval)               $12 million
- Conversion trade (assuming approval)   $5 million

This revenue is inclusive of any revenue allocated to other KPMG practices to "compensate" them for their development or implementation assistance. Contribution margin should equal, or somewhat exceed, the tax practice norm. Assuming the team composition described below, the planned revenue per partner would be $3 million and the planned contribution per partner would equal or exceed $1.5 million.

These are very aggressive goals given the current regulatory and economic environment. This is particularly true in that the bulk of the planned revenue is derived from solutions that are not yet approved for distribution.

Proprietary Material
Confidentiality Requested

KPMG 0050622

- <u>Team Composition</u>

  The Innovative Strategies team will be comprised of a group of partners geographically dispersed across the US. Specifically, we propose:

  - Midwest     David Zaudtke (Minneapolis)
  - Northeast   Tim Speiss (New York)
  - Southeast   Tracie Henderson (Atlanta)

    Jeff Eischeid (Atlanta) – Team Leader
  - Southwest   Carol Warley (Houston)
  - West        Dale Baumann (Mtn. View)

    Deke Carbo (Mtn. View)

    Randy Bickham (San Francisco)

    Carl Hasting (Warner Center)

  There is an obvious weighting of team resources on the West coast which has the best market opportunities and which has traditionally accounted for a very significant portion of the innovative strategies revenue. It will be necessary to work out a transition plan with the AMPs and the BUPICs to quickly transition these partners' client service responsibilities to other partners and TMDs

  <u>Operating Structure</u>

  The Innovative Strategies practice will be part of the personal financial planning practice. We understand that this separate national practice will be part of the non-core federal tax practice much like the Stratecon practice.

Proprietary Material
Confidentiality Requested

KPMG 0050623