new

**From:** Jeff Stein
**Sent:** Saturday March 14, 1998 6.56 AM
**To:** Gregg W Ritchie, Douglas J Green, Robert J Wells, John T Lanning, Larry DeLap
**Subject:** Simon Says

B the wa, - anybody who does not have a copy of the Pfaff letter let me know and I will fax it over to you. In addition in case you want a copy of the November 6 1997 memo detailing the proposed LLC structure written by Simon to "he working Group" which included Ritchie Pfaff Larson Bickham and P J Ruble of the law firm of Brown & Wood let me know and I will fax it over to you as well. As I said below the OPIS strategy is a stripped down version of the LLC structure

Incidentally I failed to mention that the research on the most troublesome issues with respect to this product was done in large measure by Simon Harris and Margaret Lukes (also IS) These issues included

  a - Whether U S investor s interest in the Cayman entity was disguised equity,

  b - The application of the at-risk rules and

  c - The basis of the shares held by the U S investor

Frankly Doug - if you are the ultimate arbiter in this matter I think you have all the facts you need at your disposal to make your decision. I will have a conversation if you and Greg feel it is necessary but that discussion would only result in a debate over the facts as presented below and Simon and Harris would need to be present on that call to represent what they have told me concerning their involvement in this product

Guys - Have a terrific weekend

_____ Forward Header _____

**Subject:** Simon Says
**Author:** Jeff Stein at KPMG_NYO_Tax2
**Date:** 3/14/98 9 46 AM

Bob/John/Larry - I ve copied each of you on this because of your involvement up to this point especially with regard to the technical issues that have arisen on managing those rare personality flare ups and in coding discussions I feel (not fear) the end is near

After some - but not exhaustive - due diligence on my part over the last few days here is what I was able to come up with as regards the involvement of IS in the OPIS strategy (son of FLIP. They are to be contrasted with Opie and Flipper two TV characters from the 60 s Obviously reasonable men can differ on both the facts and conclusions but I thought I d take a stab at laying out at least my understanding which perhaps can serve as a working document for any discussions next week I invite any of you to please reply and let me know where I am off base on any of this I have tried to be as honest and accurate as I can be and have toned down my normal pronation (not just a foot and running term Doug) towards exaggeration but have tried to at least add some humor

1

Proprietary Material
Confidentiality Requested



KPMG 0034380

**Permanent Subcommittee on Investigations**
**EXHIBIT #11**

First of all, in terms of involvement, you should all have a copy of an unsolicited letter to me from Bob Pfaff extolling the virtues of Bob Simon and which indicates how integrally involved Bob has been in the development of this strategy. From my law school days I was always told to lead with strength and if you could get a third party to say how great your client was rather than having your client say that he was great - it would better serve you. Thus Pfaff is my first character witness who may later be called to the stand to discuss specific factual allegations in this case. I believe that letter states that "Bob (Simon) contributed significantly to making it the basis shift strategy) a better product with less risk for all concerned." So that's Exhibit A.

Just as a matter of background, in September or October of last year Bob Simon and Bob Pfaff began to have discussions on a successor to the FLIP transaction which was being marketed. These discussions took on an air of urgency when Larry Delap determined that KPMG should discontinue marketing the existing product. Simon and Pfaff met in late October and throughout November to tweak or redesign if necessary the old strategy, focusing on the Cayman partnership and adding features designed to lessen any Subpart F or other risks. They determined that whatever the new product, it needed a greater economic risk attached to it and should probably include a debt or convertible debt feature. During those 6 plus weeks there were daily phone calls between Pfaff and Simon and numerous meetings. The involvement was significant and depending upon which IRS test we want to apply, Simon was big-time involved. Now to the heart of the discussion.

OPIS at it's core (pardon the use of core - it is not a coding term of art) is really just an updated version of the basis shift strategy developed by IS and Pfaff. It is now - and don't take this the wrong way - a watered down version OBJECTION OVERRULED of what Pfaff and Simon came up with in November and which was presented to the IS leadership team by Pfaff in early December for their review and comments. It was Simon who wrote up the product for distribution to the leadership team and for circulation to Larry.

The use of a Cayman partnership instead of a Cayman corp came about through meetings Simon held with Pfaff. Although Pfaff had actually floated that idea back in July when he was still with KPMG, nobody ever pursued it. When FLIP was tabled Simon brought it back on the table and showed Pfaff how we could achieve an even better structure with a Cayman LLC or partnership. By the way - you guys should feel free to call Pfaff to the stand and ask him to confirm or deny any of what I am saying as well as Simon's involvement.

As you may know, the Cayman entity (in both FLIP and OPIS) is nominally owned by an NRA (nonresident alien). Under the FLIP structure there was a real question as to whether an NRA was truly an equity holder. In particular the NRA received a preferred return, was protected from risk and in most respects looked like a service provider or debt holder. If that were true either of those characterizations would have lead to a tax disaster. Simon was the one who suggested buttressing the NRA's position as an equity holder and although some of Simon's suggested improvements did not make their way into the ultimate OPIS product, others did. I assume the same could be said of other team members who worked on this product. For example I know that from discussions with Pfaff the NRA will now have real economic risk and no longer has a preferred return. In addition the NRA will hold both equity and debt.

In the FLIP structure the U.S. investor bought a warrant to purchase 90% of the stock of a Cayman company for a price designed to include all the fees of the participants in the transaction. It was essentially

2

Proprietary Material
Confidentiality Requested

KPMG 0034381

that the warrant be treated as an option to acquire stock in the Cayman company, for Section 302 purposes, without being treated as actual stock. Simon was the one who pointed out the weakness in having the U S investor purchase a warrant for a ridiculously high amount of money - well in excess of the strike price - which in no event would be exercised since the investor also had a cash-settled option which would enable him to gain any upside in the Cayman company without paying the strike price of exercise. It was clear we needed the option to be treated as an option for Section 302 purposes and yet in truth the option was really illusory and stood out more like a sore thumb since no one in his right mind would pay such an exorbitant price for such a warrant. Pfaff and Simon discussed alternatives and came up with the idea of having the U S investor purchase convertible debt since the investor could be expected to pay at or near the principal amount for convertible debt. Eventually this was changed to a swap in OPIS, but the idea was the same - to get a bunch technical terms of money into Cayman corp in a manner which would have some economic substance without itself being equity.

There have been other changes to the strategy as well based on conversations that Simon has had with Pfaff but since Simon was effectively cut out of the loop in mid December he has not been privy to everything that has transpired.

The FLIP strategy included a loan from a foreign bank to the Cayman company. The Cayman company then turned around and purchased shares in the same bank. Later the shares were redeemed and magically at the same moment the U S investor related to Cayman through the warrant would buy an option for the equivalent amount of the shares from the Bank. In kicking the tires on FLIP (perhaps too hard for the likes of certain people, Simon discovered that there was a delayed settlement of the loan which then raised the issue of whether the shares could even be deemed to be issued to the Cayman company/Naturall, without the shares being issued they could not later be redeemed. Under OPIS the same simultaneous redemption is present but settlement of the loan documents will occur immediately, i.e. no delayed settlement. Clearly Simon was very vocal in his concern over the delayed settlement issue and played the key role in eliminating it from the new and improved strategy.

Simon was also the one who suggested and prepared investor s representation letters which dealt primarily with the investor s economic expectations heading into the deal. Prior to that we had some 20 or so representations buried in a 50 page opinion. Because the investor himself was not making the representations they were of dubious validity. Pepresentation letters will now be issued on all OPIS deals and wherever possible in the old FLIP deals.

Additionally, all of the time spent by John Harris on this project (and it is considerable) has been run through international services contracts. A very significant issue in OPIS is whether the partnership anti abuse regulations apply. John is the author of that entire section which was used word for word in the OPIS draft. Incidentally, although admittedly not entirely relevant is the praise that WNT had for that particular section. Indeed the OPIS draft that Randy Bickham circulated was primarily taken from an earlier draft of a partnership structure that John Harris had worked on with Bob Pfaff before Bob left the Firm.

Finally, and although this may be considered by Greg as an admission against interest it was Greg who stated in writing to I believe Bob Simon that the "the OPIS product was developed in response to your and DPP tax s concerns over the FLIP strategy. He listened to your input regarding technical concerns with respect to the FLIP product and attempted to work solutions into the new product" I assume Greg does not mean that he worked those technical solutions into the product

3

Proprietary Material
Confidentiality Requested

KPMG 0034382

n_ase_ of w_t_ _at Mr B_n_am I s__ _ea e the d_sc_ss on of Mr
B_c_am and _he _ al_at_on of h_s _nternat_on_l techn_ca_ sr___s made
independen__ b _w_ sen_or _S partners _o another d_sc_ss_on

In conclusion - The de_e_opment of the OPIS strategy was a team effort
w_th the pr_mary techn_cal _hrust for the _mpro_ed product com_ng from
IS G__en the sim_lar_t_ of th_s product to FL_P and the extens__e
_n_ol_emen_ of S_mon and Harris _ork_ng a_ongs_de P'aff I do not
be__e_e there is any cred_ble claim that FFP _n_ented a ne_ strategy
or product called OPIS and it would take an abso_ute disregard of the
facts to reach such a conclusion A_ said abo_e FL_P _s a _atered
down _ers_on of _hat S_mon and Pfaff presented to the _S leadership
team in December I bel_e_e that a__ that has been accomp__shed o_er
the past two months since S_mon has been cut out is that as man_ of
the expens__e modif_cat_ons that could be taken out of OPIS ha_e been
and one change has been made that be_ng the swap rather than _he dep_
instrument wh_ch adds noth_ng of substance I a_so bel_e_e that
some of the features that ga_e this product more econom_c substance
ha_e a_so been eliminated but I w___ ob_ous_ defer to _arr_ who _s
the one who should opine on the rele_ant _echn_cal _mpact of the
mod_f_cat_ons and e_im_nat_ons to _he product

_hat I thought _e were tr_ing to ach_e_e here was br_ng_ng the best
minds we had in this F_rm together _n order to des_gn the best prod_ct
to go to market w_th That we did and for the f__e or so months that
S_mon and Harr_s ha_e been _nvolved work_ng w_th Pfaff not once did
anybod_ ask including Sand_ Sm_th who is ultimatel_ responsible for
the f_nancial results in that geopgraph_ who _s go_ng to pa_ IS for
the time and effort be_ng spent b_ the IS group _n Den_er That was
the same path we went down _hen Pfaff and _arson worked on the
or_g_nal FL_P strategy To no_ sa_ that the hundreds of hours that IS
spent _n des_gn_ng th_s strategy was e_ther nom_ra_ or does not rise
to the _evel of substantial is not onl_ offensive but I can guarantee
_ou will _ot result in a greater sense of teamwork go_ng forward as we
attempt to better le_erage oursel_es with the FCS group

_hat I thought we were tr_ing to accompl_sh in creat_ng that group was
not having _ndependent pockets of professionals spending time
de_elop_ng independent strategies that were not _earl_ as powerful as
what we could accomplish work_ng together as a team That should be
what we re trying to accomplish rather than this "m_ne _s bigger than
_ours_ thing that we seem to be exper_ment_ng with Somebod_ tell me
what we re doing here by suggesting a reward s_stem that is based on
an_th_ng but team Truth be told on this one IS has probabl_ been
responsible for 90% of the OPIS idea when _ou examine the f_nal
product and compare it to FLIP along _ith what _ed to OPIS who
suggested the ke_ modif_cat_ons to _he FLIP strategy and the ke_
product characterist_cs of OPIS Let_s _ust sta_ _ith _ur 50 50 dea_
and forget about the Ides of March

4

Proprietary Material
Confidentiality Requested

KPMG 0034383

```
Author: Larry DeLap at KPMG_Silicon_Valley2
Date    3/16/98  2:05 PM
 iority  Normal
TO: Gregg W Ritchie at KPMG_Warner_Center
TO  Douglas J  Green .c KPMG_NSS_Park
TO: Robert J. Walls at KPMG_EO_Montvale4
TO  John T  Lanning at KPMG_NSS_Park
TO: Jeff Stein at KPMG_NYO_Tax2
Subject: Re: Simon Says
------------------------------ Message Contents ------------------------------
```

Jeff -

I think you know this, but just to make it clear - the marketing of
OPIS has not been approved by DPP-Tax. Neither has it been
disapproved  We are awaiting additional information from Gregg,
including an economic analysis of the pre-tax profit opportunity and a
beefed-up analysis of the partnership issue (i e , whether the swap
transaction could cause the U S  investor to be considered a partner
in the foreign partnership)

I am in New York at 55 East 52nd this week  Could you have the two
items noted in the first paragraph below sent over to me

Larry

_____ Reply Separator _____
Subject: Simon Says
Author: Jeff Stein at KPMG_NYO_Tax2
Date:   3/14/98 9:56 AM

By the way - anybody who does not have a copy of the Pfaff letter, let
me know and I will fax it over to you  In addition in case you want a
copy of the November 6, 1997 memo detailing the proposed LLC strucutre
written by Simon to "The Working Group" which included Ritchie, Pfaff,
Larson, Bickahm and R J  Ruble of the law firm of Brown & Wood let me
know and I will fax it over to you as well   As I said below, the OPIS
strategy is a stripped dwon version of the LLC structure

Incidentally, I failed to mention that the research on the most
troublesome issues with respect to this product was done in large
measure by Simon, Harris and Margaret Lukes (also IS)  Those issues
included:

  a - Whether U S  investor's interest in the Cayman entity was
disguised equity,

  b - The application of the at-risk rules and,

  c - The basis of the shares held by the U S  investor

Frankly Doug - if you are the ultimate arbiter in this matter  I think
you have all the facts you need at your disposal to make your
decision   I will have a conversation if you and Greg feel it is
necessary but that discussion would only result in a debate over the

KPMG 0034384

Proprietary Material
Confidentiality Requested

- facts as presented below and Simon and Harris would need to be present on that call to represent what they have told me concerning their involvement in this product

- Guys - Have a terrific weekend

---------- Forward Header ----------

Subject: Simon Says
Author:  Jeff Stein at KPMG_NYC_Tax2
Date     3/14/98 9 46 AM

Bob/John/Larry - I've copied each of you on this because of your involvement up to this point, especially with regard to the technical issues that have arisen, on managing those rare personality flare ups and in coding discussions  I feel (not fear) the end is near

After some - but not exhaustive - due diligence on my part over the last few days, here is what I was able to come up with as regards the involvement of IS in the OPIS strategy (son of FLIP)  They are to be contrasted with Opie and Flipper, two TV characters from the 60's  Obviously reasonable men can differ on both the facts and conclusions but I thought I'd take a stab at laying out at least my understanding which perhaps can serve as a working document for any discussions next week  I invite any of you to please reply and let me know where I am off base on any of this  I have tried to be as honest and accurate as I can be and have toned down my normal pronation (not just a foot and running term Doug) towards exaggeration but have tried to at least add some humor

First of all, in terms of involvement you should all have a copy of an unsolicited letter to me from Bob Pfaff extolling the virtues of Bob Simon and which indicates how integrally involved Bob has been in the development of this strategy  From my law school days, I was always told to lead with strength and if you could get a third party to say how great your client was rather than having your client say that he was great - it would better serve you  Thus, Pfaff is my first character witness who may later be called to the stand to discuss specific factual allegations in this case  I believe that letter states that "Bob (Simon) contributed significantly to making it (the basis shift strategy) a better product with less risk for all concerned "  So that's Exhibit A

Just as a matter of background, in September or October of last year Bob Simon and Bob Pfaff began to have discussions on a successor to the FLIP transaction which was being marketed  These discussions took on an air of urgency when Larry Delap determined that KPMG should discontinue marketing the existing product  Simon and Pfaff met in late October and throughout November to tweak or redesign if necessary the old strategy - focusing on the Cayman partnership and adding features designed to lessen any Subpart F or other risks  They determined that whatever the new product, it needed a greater economic risk attached to it and should probably include a debt or convertible debt feature  During those 6 plus weeks, there were daily phone calls between Pfaff and Simon and numerous meetings  The involvement was significant and depending upon which IRS test we want to apply, Simon was big-time involved  Now to the heart of the discussion

KPMG 0034385

Proprietary Material
Confidentiality Requested

- OPIS at it's core (pardon the use of core - it is not a coding term of art) is really just an updated version of the basis shift strategy developed by IS and Pfaff  It is now - and don't take this the wrong way - a watered down version (OBJECTION - OVERRULED) of what Pfaff and Simon came up with in November and which was presented to the IS leadership team by Pfaff in early December for their review and comments  It was Simon who wrote up the product for distribution to the leadership team and for circulation to Larry

- The use of a Cayman partnership instead of a Cayman corp came about through meetings Simon held with Pfaff. Although Pfaff had actually floated that idea back in July when he was still with KPMG, nobody ever pursued it  When FLIP was tabled, Simon brought it back on the table and showed Pfaff how we could achieve an even better structure with a Cayman LLC or partnership  By the way - you guys should feel free to call Pfaff to the stand and ask him to confirm or deny any of what I am saying as well as Simon's involvement

- As you may know, the Cayman entity (in both FLIP and OPIS) is nominally owned by an NRA (nonresident alien)  Under the FLIP structure, there was a real question as to whether an NRA was truly an equity holder  In particular, the NRA received a preferred return, was protected from risk, and in most respects looked like a service provider or debt holder.  If that were true, either of those characterizations would have lead to a tax disaster  Simon was the one who suggested buttressing the NRA's position as an equity holder and although some of Simon's suggested improvements did not make their way into the ultimate OPIS product  others did  I assume the same could be said of other team members who worked on this product  For example  I know that from discussions with Pfaff, the NRA will now have real economic risk and no longer has a preferred return  In addition  the NRA will hold both equity and debt

- In the FLIP structure, the U S  investor bought a warrant to purchase 90% of the stock of a Cayman company for a price designed to include all the fees of the participants in the transaction  It was essential that the warrant be treated as an option to acquire stock in the Cayman company (for Section 302 purposes), without being treated as actual stock  Simon was the one who pointed out the weakness in having the U S  investor purchase a warrant for a ridiculously high amount of money - well in excess of the strike price - which in no event would be exercised (since the investor also had a cash-settled option which would enable him to gain any upside in the Cayman company without paying the strike price of exercise)  It was clear, we needed the option to be treated as an option for Section 302 purposes, and yet in truth the option was really illusory and stood out more like a sore thumb since no one in his right mind would pay such an exorbitant price for such a warrant  Pfaff and Simon discussed alternatives and came up with the idea of having the U S  investor purchase convertiable debt since the investor could be expected to pay at or near the principal amount for convertible debt  Eventually this was changed to a swap (in OPIS) but the idea was the same - to get a bunch (technical term) of money into Cayman corp in a manner which would have some economic substance without itself being equity

- There have been other changes to the strategy as well based on conversations that Simon has had with Pfaff but since Simon was effectively cut out of the loop in mid-December he has not been privy to everything that has transpired

- The FLIP strategy included a loan from a foreign bank to the Cayman company  The Cayman company then turned around and purchased shares

Proprietary Material
Confidentiality Requested

KPMG 0034386

in the same bank  Later, the shares were redeemed and magically  at the same moment, the U S investor (related to Cayman through the warrant) would buy an option for the equivalent amount of the shares from the Bank  In kicking the tires on FLIP (perhaps too hard for the likes of certain people) Simon discovered that there was a delayed settlement of the loan which then raised the issue of whether the shares could even be deemed to be issued to the Cayman company Naturally without the shares being issued they could not later be redeemed  Under OPIS, the same simultaneous redemption is present but settlement of the loan documents will occur immediately i e   no delayed settlement  Clearly Simon was very vocal in his concern over the delayed settlement issue and played the key role in eliminating it from the new and improved strategy

Simon was also the one who suggested and prepared investor's representation letters which dealt primarily with the investor's economic expectations heading into the deal  Prior to that we had some 20 or so representations buried in a 50 page opinion  Because the investor himself was not making the representations, they were of dubious validity  Representation letters will now be issued on all OPIS deals and wherever possible in the old FLIP deals

Additionally, all of the time spent by John Harris on this project (and it is considerable) has been run through international services contracts  A very significant issue in OPIS is whether the partnership anti-abuse regulations apply  John is the author of that entire section, which was used word for word in the OPIS draft Incidentally, although admittedly not entirely relevant is the praise that WNT had for that particular section  Indeed the OPIS draft that Randy Bickham circulated was primarily taken from an earlier draft of a partnership structure that John Harris had worked on with Bob Pfaff before Bob left the Firm

Finally, and although this may be considered by Greg as an admission against interest, it was Greg who stated in writing to I believe Bob Simon that the "the OPIS product was developed in response to your and DPP tax's concerns over the FLIP strategy  We listened to your input regarding technical concerns with respect to the FLIP product and attempted to work solutions into the new product"  I assume Greg does not mean that he worked those technical solutions into the product himself or with just Mr Bickham  I will leave the discussion on Mr Bickham and the evaluation of his international technical skills made independently by two senior IS partners to another discussion

In conclusion - The development of the OPIS strategy was a team effort with the primary technical thrust for the improved product coming from IS  Given the similarity of this product to FLIP and the extensive involvement of Simon and Harris working alongside Pfaff, I do not believe there is any credible claim that PFP invented a new strategy or product called OPIS and it would take an absolute disregard of the facts to reach such a conclusion  A I said above, FLIP is a watered down version of what Simon and Pfaff presented to the IS leadership team in December  I believe that all that has been accomplished over the past two months since Simon has been cut out is that as many of the expensive modifications that could be taken out of OPIS have been and one change has been made, that being the swap rather than the debt instrument (which adds nothing of substance)  I also believe that some of the features that gave this product more economic substance have also been eliminated but I will obviously defer to Larry who is the one who should opine on the relevant technical impact of the modifications and eliminations to the product

Proprietary Material
Confidentiality Requested

KPMG 0034387

What I thought we were trying to achieve here was bringing the best minds we had in this Firm together in order to design the best product to go to market with  That we did and for the five or so months that Simon and Harris have been involved working with Pfaff, not once did anybody ask, including Sandy Smith who is ultimately responsibile for the financial results in that geography, who is going to pay IS for the time and effort being spent by the IS group in Denver  That was the same path we went down when Pfaff and Larson worked on the original FLIP strategy  To now say that the hundreds of hours that IS spent in designing this strategy was either nominal or does not rise to the level of substantial is not only offensive but I can guarantee you will not result in a greater sense of teamwork going forward as we attempt to better leverage ourselves with the FCS group

What I thought we were trying to accomplish in creating that group was not having independent pockets of professionals spending time developing independent strategies that were not nearly as powerful as what we could accomplish working together as a team  That should be what we're trying to accomplish rather than this "mine is bigger than yours" thing that we seem to be experimenting with.  Somebody tell me what we're doing here by suggesting a reward system that is based on anything but team  Truth be told on this one, IS has probably been responsible for 80% of the OPIS idea when you examine the final product and compare it to FLIP, along with what led to OPIS, who suggested the key modifications to the FLIP strategy, and the key product characteristics of OPIS  Let's just stay with our 50/50 deal and forget about the Ides of March

Proprietary Material
Confidentiality Requested

KPMG 0034388