```
From  /O=KPMG/OU=US/CN=RECIPIENTS/CN=18293
From  /O=KPMG/OU=US/CN=RECIPIENTS/CN=18293
To    /O=KPMG/OU=US/CN=RECIPIENTS/CN=20499
Subject. OPIS
Sent   1998-12-07 23 39 17 649
Date   1998-12-07 23 39 20 631
X-Folder  OPIS
```

To confirm my understanding of our phone discussion

1  There will be no further proactive marketing of OPIS

2  Through December 31, 1998, there can be reactive marketing of OPIS (i e , if a client or target approaches us for ideas relating to reduction in capital gains taxes, we can discuss OPIS as a possible strategy)

3. After December 31, 1998, there will be no marketing of OPIS in any circumstances

4  To the extent a client or target has been introduced to, and has expressed interest in, OPIS prior to January 1, 1999, we can assist with implementation of an OPIS strategy for that particular client or target during 1999. In order to monitor this grandfather rule, Jeff should obtain an inventory of all clients and targets who are said to have expressed in interest in OPIS prior to January 1, 1999

All references to "OPIS" include the similar product for which Quadra is the investment adviser

Larry

Proprietary Material
Confidentiality Requested

Permanent Subcommittee on Investigations
EXHIBIT #15

KPMG 0025730