Zaudtke, David P
_____

**From:**       Gregg W. Ritchie
**Sent:**       Monday, June 08, 1998 11:20 PM
**To:**         Jeffrey A. Eischeid; Tracie K. Henderson; Dale R. Baumann; Neil J. Tandler; B. Michael
                Watkins; John H Gardner; Timothy P. Speiss; Richard J. Bloom; Deke G. Carpo; Mark
                Watson; David P. Zaudtke; Robert A. Pedersen; Robert M. Jordan; Robin M. Paule; John M
                Nuckolls; Shannon L Liston; Harvey L. Armstrong; Jeffrey Zysik; Randall S Bickham
**Cc:**         Douglas K. Ammerman; Dennis A. Ito
**Subject:**    Re[2]: OPIS

Please be reminded that you should NOT leave this material with clients or
targets under any circumstances. Not only will this unduly harm our ability to
keep the product confidential, it will DESTROY any chance the client may have to
avoid the step transaction doctrine.

_____ Reply Separator _____
Subject: Re: OPIS
Author:  Randall S Bickham at KPMG_Silicon_Valley2
Date:    6/7/98 3:34 PM

Knowing that everyone is as excited as I am about finally reaching
closure with DPP on the OPIS product, I have updated the slides that
we used in Dallas so that they can be used on an interim basis in
marketing presentations. I will work with Jeff Zysik this week in
finalizing a presentation to be housed in our CaTS KHAN Toolkit.

The slides are quite detailed in terms of technical explanation.
Should a potential buyer wish to discuss the technical aspects at a
greater depth, you should consider suggesting a conference call with
me to make the best use of your time, effectively to maximize your
marketing time versus having to waste time on technical stuff.

Finally, Gregg had some kind words in the attached as to my efforts in
getting OPIS to market. Everyone should be aware of the masterful
efforts expended by Gregg in effectively managing the KPMG
organization so as to receive the required sign-offs that we were
seeking both at a product level and as to policy.

Randy


_____ Reply Separator _____
Subject: OPIS
Author:  Gregg W. Ritchie at KPMG_Warner_Center
Date:    6/4/98 10:41 PM

I am pleased to tell you that the technical conclusions of the OPIS
product have been approved by DPP Tax. The strategy has been approved
based on virtually the same facts we presented to you in our technical
session on April 20th. I plan to hold a 1 hour conference call next
week to remind all of us of the details of the strategy and key points
that we must communicate to prospective investors. I encourage you to
review the material that Randy gave you at our meeting in Dallas prior
to making contact with clients.

Jeff Zysik has led the effort in making our case for NOT registering
the product as a tax shelter. Based on a memo prepared by Mark Ely,
Eve Elgin, and Jeff Z. I expect that Larry will agree that the product
does not meet the requirements of section 6111 relative to its

1

Permanent Subcommittee on Investigations
**EXHIBIT #93**

XX-001932

registration. Assuming this news comes tomorrow, we should be immediately able to begin our marketing efforts.

The product tool kit is almost ready to go. I am working with Larry on the final touches of our engagement letter. You should note that Larry's current thinking is that all engagement letters must be sent to him for approval prior to execution by clients. I will post the new engagement letter on KMAN as soon as it is ready. We must not vary from the language in the sample letter (especially with respect to indemnification, etc) without advance approval from DPP.

You should also note the newest version of the Nondisclosure Agreement which will be posted on KMAN this weekend. You must ensure that all clients and targets execute this agreement prior to presenting the strategy to them. Furthermore, while we will, under limited circumstances, allow outside advisors to participate in reviewing the strategy, you should only do so with my or Randy Bickham's advance approval. If you believe this will be required for the client to execute the strategy, we will make a business decision relative to the specific individual and/or Firm involved. As a general rule, we should strenuously resist sharing this strategy with outside advisors. I am certain that we have a short time frame to market this strategy before legislation will be effective to shut it down. Accordingly, the less publicity, the longer the strategy may be available.

Presidio is meeting next week in New York with Brown & Wood to finalize the legal documents required to execute the strategy. I will let you know when they are ready to receive wire transfers from clients who want to open the trading strategy. We have indicated to DPP that each client will receive an analysis of the investment results expected given anticipated price increases BEFORE the client engages us. In general, client presentations should be coordinated with Presidio so that they may hear the investment strategy from them in the initial visit. John Larson and Kerry Moskalik have each of your names and will only respond to you for client visits (not other KPMG partners/employees). We need your help to keep control of the distribution of this strategy.

Several of you have asked whether it is appropriate for us to consider the payment of a referral fee with respect to the strategy. Per my conversation with Larry DeLap, referral fees are to be discouraged, but may be considered in exceptional cases. Any such fees which are contemplated must be approved in advance. Please send me a message with the facts and reasons why you believe such a fee would be in our best interests and the amount of the proposed fee. I will discuss it with you and DeLap to determine if we should make an exception.

I want to again acknowledge the exceptional efforts that Randy Bickham made in order to make this product a reality. The strategy was in the morgue and Randy, through his exceptional technical and writing skills and determination brought it back to life. Jeff Zysik has also played a critical role in bringing the resources of WNT and the TIC to bear on this product. Many thanks to Jeff for all of your efforts.

I know that I have forgotten something important in this message. I would appreciate your immediate attention to reviving the contacts you have made over the last few months and putting this product into our clients hands.

One final note of interest. Quadra Capital Advisors signed our confidentiality agreement today and will be presenting some of their proprietary strategies to us in the next few days.

2                                                           XX-001933

new

| | |
|---|---|
| **From:** | DeLap, Larry |
| **Sent:** | Thursday, January 21, 1999 5:13 PM |
| **To:** | Eischeid, Jeffrey A |
| **Cc:** | Watson, Mark T |
| **Subject:** | FW: Grantor trust reporting |

Jeff -

Please send me the memorandum to which Mark refers.

Larry

—Original Message—
**From:** Watson, Mark T
**Sent:** Thursday, January 21, 1999 3:05 PM
**To:** Eischeid, Jeffrey A; Baumann, Dale R; Bickham, Randall S; Bloom, Richard J; Branan, Carolyn B; Carbo, Deka G; Fergus, Terrance P; Gardner, John H; Hasting, Carl D; Henderson, Tracie K; Jordan, Robert M; Liston, Shannon L; Nuckolls, John M; Pace, Katherine A; Paule, Robin M; Pedersen, Robert A; Peage, Ray M; Rivkin, David; Slakery, Daniel M; Speea, Timothy P; Spitz, William L; Tendler, Neil J; Watkins, B M; Wiesel, Kyle; Zauchkea, David P; Zysik, Jeffrey C
**Subject:** RE: Grantor trust reporting

You should all know that I do not agree with the conclusion reached in the attached memo that capital gains can be netted at the trust level. I believe we are filing misleading, and perhaps false, returns by taking this reporting position.

—Original Message—
**From:** Eischeid, Jeffrey A
**Sent:** Thursday, January 21, 1999 2:12 PM
**To:** Baumann, Dale; Bickham, Randall; Bloom, Richard; Branan, Carolyn; Carbo, Deka; Eischeid, Jeffrey; Fergus, Terrance; Gardner, John; Hasting, Carl; Henderson, Tracie; Jordan, Robert; Liston, Shannon; Nuckolls, John; Pace, Katherine; Paule, Robert; Pedersen, Robert; Peage, Ray; Rivkin, David; Slakery, Daniel; Speea, Timothy; Spitz, William; Tendler, Neil; Watkins, B; Watson, Mark; Wiesel, Kyle; Zauchkea, David; Zysik, Jeffrey
**Subject:** Grantor trust reporting

I believe this is the latest version. Don't forget the statute of limitations issue Tracie raised.

Jeff

<< File: grantor.doc >>

XX-001934